

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00186-CV

| | | |
|---|---|---|
| Cactus Well Service, Inc. | § | From the 43rd District Court |
| | § | of Parker County (CV07-2700) |
| v. | | |
| | § | November 20, 2014 |
| Energico Production, Inc. | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed. We render a take-nothing judgment on Energico Production, Inc.'s claims and render a judgment in favor of Cactus Well Service, Inc. on its breach-of-contract counterclaim.

It is further ordered that Energico Production, Inc. shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
      Justice Lee Gabriel